UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br>    S&S Delivery Service, LLC<br>           Debtor | Bk. No. 17-11203-BAH<br>Chapter 7<br><br>Hearing Date:   12/13/17<br>Hearing Time:   10:00 a.m. |

## MOTION UNDER SECTION 363(b) OF INTENT TO SELL PROPERTY

Notice is hereby given that the Trustee in Bankruptcy is selling all his right, title and interest in a 2011 Ford E-250 van to Cory Hill of 581 Hooksett Road, Auburn, New Hampshire for the amount of $1,500.00.

That the fair market value of the 2011 Ford E-250 van is $1,500.00. The mileage on the van is 252,000 miles, needs front brakes as well as front end work.

That the above personal property will be sold as is, as shown.

That this $1,500.00 offer is the net proceeds to the bankruptcy estate not to be reduced by any storage fees, towing fees and/or any further costs/fees.

That the Trustee in Bankruptcy feels that it is in the best interest to sell his interest in this vehicle to Cory Hill for the amount of $1,500.00.

Any party who desires to offer the trustee more than $1,500.00 should submit the offer to the Trustee prior to December 6, 2017.

Notice is hereby given to all interested parties and creditors that they may object to this sale if they so desire.

At this hearing, if an additional offer is received, all parties will be given an opportunity to bid further if the occasion arises.

If an objection is filed, a party in interest must file a written objection with the Clerk of the United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 with a copy sent to the Trustee in Bankruptcy at the address below, and to the Office of the U.S. Trustee at 1000 Elm Street, Suite 605, Manchester, NH 03101 by 4:30 p.m. on December 6, 2017. Objections must be in writing, giving the Debtor's name and case number and stating that the party filing it has an interest in the case and the reasons for the objection.

    NOTICE IS FURTHER GIVEN a hearing on the Motion of Intent to Sell the 2011 Ford E-250 van will be heard on **December 13, 2017 at 10:00 a.m.** before the United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Courtroom A, Concord, New Hampshire and at such time any objections filed will also be heard at that time.

Dated: November 9, 2017

/s/ Victor W. Dahar
Victor W. Dahar,
Trustee in Bankruptcy
20 Merrimack Street
Manchester, NH 03101
BNH 01175